# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.:   CR 16-0382 HSG |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| JULIAN REAYOUNG, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Status Hearing scheduled for September 26, 2016 be vacated and rescheduled for October 3, 2016, at 2:00 p.m. Time shall be excluded from September 26, 2016 through October 3, 2016 to facilitate the effective preparation of counsel.

DATED:  September 20, 2016

_____
HON. HAYWOOD S. GILLIAM, Jr.
United States District Judge

STIPULATION AND ORDER CONTINUING STATUS

HEARING DATE - 3